The Law Offices of Paul J. Adras, Esq., PC
PAUL J. ADRAS, ESQ.
Nevada State Bar No. 8350
601 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7227
(Fax) 385-5351
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br><br>vs. )<br><br>JOHN PAUL CARRASCO, )<br><br>                    Defendant. )<br>_____ ) | Case No.: 2:12-CR-105-LDG (VCF)<br><br>**UNOPPOSED MOTION TO ALLOW RADIO FREQUENCY (RF) MONITORING DUE TO THE EASTERN DISTRICT OF CALIFORNIA NO LONGER MONITORING WITH GLOBAL POSITIONING SATELLITE (GPS) MONITORING** |

**IT IS HEREBY ORDERED** that the Defendant can be monitored by way of radio frequency (RF) monitoring in place of Global Positioning Satellite (GPS) monitoring due to the Eastern District of California no longer monitoring by Global Positioning Satellite (GPS).

DATED this __8th__ day of __July__, 2013.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE